**Order entered October 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01282-CR

### MARQUIS K JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-54782-T**

## ORDER

On September 3, 2019, the trial court adjudicated appellant's guilt and assessed punishment at twenty years in prison. Appellant's pro se notice of appeal, postmarked October 2, 2019, was filed in the trial court on October 9, 2019 and in this Court on October 18, 2019. Because his notice of appeal was sent to the proper clerk by United States Postal Service in an envelope properly addressed and stamped and was deposited in the mail on or before the last day for filing, it was timely under the rules of appellate procedure. TEX. R. APP. P. 9.2(b).

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed

counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeals and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE